**In the Matter of Gail FULLER Petition for Reinstatement.**

**No. 888 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

April 29, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of April, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated January 31, 2003, the Petition for Reinstatement is DENIED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

■

**In the Matter of Allan Hyman FREEDMAN Petition for Reinstatement.**

**No. 905 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

April 29, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of April, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated January 31, 2003, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.